UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRADY K. ARMSTRONG, | ) | 1:12-cv-00631-LJO-GSA-PC |
| Plaintiff, | ) | ORDER INFORMING PLAINTIFF HE HAS LEAVE TO FILE A MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | ) | |
| M. MARTINEZ, et al., | ) | (Doc. 10 resolved) |
| Defendants. | ) | |

Brady K. Armstrong ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 20, 2012. (Doc. 1.) Now pending is Plaintiff's motion for extension of time to file a motion for temporary restraining order, filed on February 15, 2013. (Doc. 10.)

Plaintiff does not require an extension of time to file a motion for temporary restraining order. There is no pending deadline in this case for Plaintiff to file such a motion. Therefore, Plaintiff has leave to file a motion for temporary restraining order.

This order resolves Plaintiff's motion for extension of time filed on February 15, 2013.

IT IS SO ORDERED.

Dated:   February 21, 2013                        /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE