UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | Case No.  1:12 cv 00631 LJO GSA PC |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF No. 21) |
| M. MARTINEZ, et al., | |
| Defendants. | |
| | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |

    Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to

42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

U.S.C. § 636(b)(1).

    On July 25, 2014, findings and recommendations were entered, recommending dismissal

of this action for failure to state a claim upon which relief can be granted.  Plaintiff was provided

an opportunity to file objections within twenty days.  To date, Plaintiff has not filed objections or

otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The findings and recommendations issued by the Magistrate Judge on July 25, 2014, are adopted in full;

2.  This action is dismissed with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

3.  This dismissal is subject to the "three strikes" provision set forth in 28 U.S.C. §1915(g); and

4.  The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   __**August 18, 2014**___   ____**/s/**___
**Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

2